```
          FILED        ENTERED
          LODGED       RECEIVED

          APR 24 2007    DB

              AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07 5268 JKA |
| Plaintiff, | INFORMATION (Misdemeanor) |
| v. | |
| PAMELA A. HEGEDUS, | |
| Defendant. | 07-CR-05268-INFO |



The United States Attorney charges that:

## COUNT ONE

### (Concealment Of Union Records)

On or about September 24, 2003, PAMELA A. HEGEDUS, an employee of Carpenters Local Union 2633, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did willfully conceal a record required to be kept by Section 436 of Title 29, United States Code, that is, PAMELA A. HEGEDUS took funds from the Union, a matter required to be reported in the annual financial report of the Union required to be filed with the Secretary of Labor, and did not report her taking of funds to the Union or its officials.

//
//
//

1  All in violation of Title 29, United States Code, Section 439(c).

2

3  DATED this  24th  day of April, 2007.

4

5

6  *JEFFREY C. SULLIVAN*
   United States Attorney

7

8

9  ANNETTE L. HAYES
   Assistant United States Attorney

10

11  MICHAEL DION
    Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/HEGEDUS 2
CR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970